**Opinion issued April 29, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-20-00644-CR**

**NO. 01-20-00645-CR**

**NO. 01-20-00646-CR**

_____

**IN RE THE STATE OF TEXAS *EX REL.* KIM OGG, HARRIS COUNTY
DISTRICT ATTORNEY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, the State of Texas *ex rel.* Kim Ogg, Harris County District Attorney,

seeks mandamus relief concerning the trial court's August 28, 2020 order requiring

production of offense reports S-19-07 and NS-20-08 and mapping documents, power

points, or reports prepared by Harris County District Attorney's Office Investigator

Nathaniel Gates.[1]  Relator also requested a stay of the trial court's ruling pending disposition of this mandamus.

We deny the petitions.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.[2]  The stay of the trial court's August 28, 2020 order is now lifted.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]	The underlying cases are *The State of Texas v. Hodgie Armstrong*, cause numbers 1680891, 1684289, and 1684291, pending in the 228th District Court of Harris County, Texas, the Honorable Frank Aguilar presiding.

[2]	The relator's supplemental brief, tendered on December 2, 2020, was filed and considered by the Court.  The motion for leave to file is dismissed as moot.